# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Larry Mognet, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Newfield Production Company, | ) | Case No. 1:16-cv-023 |
| | ) | |
| Defendant. | ) | |

Before the court is as a "Stipulation to Extend Deadlines and Scheduling Order" filed by the parties on November 10, 2016. The court **ADOPTS** the parties' stipulation (Docket No. 11) in part and amends the pretrial deadlines as follows:

1. The parties shall have until February 28, 2017, to complete fact discovery and file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    Plaintiff shall make his expert disclosures by March 15, 2017. Defendant shall make its expert disclosures by April 15, 2017.

3. The parties shall complete expert discovery by May 15, 2017.

All other deadlines in the court's Scheduling Order dated April 14, 2016, remain in full force and effect.

**IT IS SO ORDERED.**

Dated this 14th day of November, 2016.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court